IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

**Wesley M. Jarmon, Jr.**

    **Plaintiff**

v.                                                 Case No. 1:06cv0001852
                                                Judge: (EGS)

**Kevin J. Martin**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

    I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

    On or about January 16, 2007, at or around 5:02P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint and summons upon the, **U.S. Attorney General**. Documents was received by R. McDowell an employee authorized to accept service on behalf of U.S. Attorney General. The location of service was executed at: 950 Pennsylvania Avenue, Washington, D.C. 20530.


_____/s/_____
DeQuan Bogan