# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# Civil Division

**Wesley M. Jarmon, Jr.**

    **Plaintiff**

**v.**                                                         **Case No. 1:06cv0001852**
                                                               **Judge: (EGS)**

**Kevin J. Martin**

    **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

On or about January 17, 2007, at or around 2:35P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint and summons upon the, Federal Communications Commission, chairman **Kevin J. Martin**. Documents was received by Lori Alexiou an employee authorized to accept service on behalf of Federal Communications Commission, chairman Kevin J. Martin. The location of service was executed at: 445 12th Street, SW, Washington, D.C. 20554.

_____/s/_____
DeQuan Bogan