# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
### Civil Division

**Wesley M. Jarmon, Jr.**

       **Plaintiff**

**v.**                                    **Case No. 1:06cv0001852**
                                           **Judge: (EGS)**

**Kevin J. Martin**

       **Defendant.**

## AFFIDAVIT OF SERVICE BY HAND DELIVERY

      I, DeQuan Bogan, hereby certify that I am over the age of eighteen years and I am not a party in the above case. My place of business is 1229 15th street, NW, Washington, D.C. 20005. My contact number is (202) 256-4718.

      On or about January 16, 2007, at or around 4:14P.M. I, Dequan Bogan, personally hand delivered a copy of the complaint and summons upon the, **U.S. Attorney**. Documents was received by Gary Nails an employee authorized to accept service on behalf of U.S. Attorney General. The location of service was executed at: 501 3rd Street, Washington, D.C. 20530.

_____/s/_____
DeQuan Bogan