UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, JR.,<br>2212 Bermondsey Drive<br>Mitchellville, MD 20721<br><br>          **Plaintiff**<br>  v.<br><br><br>KEVIN J. MARTIN, Chairman,<br>Federal Communications Commission<br>445 12th Street, SW<br>Room 8-B201<br>Washington, D.C. 20554<br><br>          **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1852 (EGS)<br>)  (ECF)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Mercedeh Momeni, Assistant United States Attorney, as counsel of record for defendant, in the above-captioned case.

Respectfully submitted,

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Donald M. Temple**, via Electronic Case Filing (ECF).

**Donald M. Temple**
**TEMPLE LAW OFFICES**
**1229 15TH Street, NW**
**Washington, D.C.  20005**

/s/
_____
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 305-4851