UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WESLEY M. JARMON, JR.<br><br>　　　　Plaintiff,<br><br>v.<br><br>KEVIN J. MARTIN, Chairman<br>Federal Communications Commission,<br><br>　　　　Defendant. | )<br>)<br>) CIVIL ACTION: 1:06cv01852-EGS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

COMES NOW Plaintiff Wesley M. Jarmon, Jr., by and through the undersigned counsel, with consent of counsel for Defendant, and moves this Honorable Court for the entry of an Order granting a continuance of the Status Conference currently set in this matter for October 23, 2007 at 12:00 PM. In support thereof, Plaintiff further states:

　　1.　　Both parties have scheduling conflicts, to wit counsel for Plaintiff is required to participate in a federal court ordered mediation on the same date presently set for the status conference in this matter.

　　2.　　This matter is still in the beginning stages of discovery.

　　3.　　Counsel for all parties agree that a continuance is proper here.

　　4.　　The parties will not suffer any prejudice if the Court grants the relief requested in this Motion.

WHEREFORE, Plaintiff Wesley M. Jarmon, Jr., with consent of counsel for Defendant, moves this Honorable Court for the entry of an Order continuing the Status Conference in this matter.

1

Respectfully submitted,

_____/s/_____
Donald M. Temple #408749
1229 15th Street, N.W.
Washington, D.C. 20005
Tel: (202) 628-1101
Fax: (202) 628-1149

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WESLEY M. JARMON, JR.** | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION: 1:06cv01852-EGS |
| | ) |
| v. | ) |
| | ) |
| **KEVIN J. MARTIN, Chairman** | ) |
| **Federal Communications Commission,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PROPOSED ORDER

Upon consideration of Plaintiff's Consent Motion to Continue Status Conference, it is this _____ day of _____ 2007

**ORDERED**, that the above-referenced Motion is GRANTED.

**SO ORDERED**.

_____
The Honorable Emmet G. Sullivan
United States District Judge

3