UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1852 (EGS) |
| ) | Status Conference: December 20, 2007 |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO ENLARGE THE DISCOVERY PERIOD**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Kevin J. Martin, through undersigned counsel, respectfully moves the Court for a thirty-four day extension of the fact discovery deadline set forth in the Court's April 20, 2007 Minute Entry, making the new fact discovery deadline November 30, 2007. Discovery currently is scheduled to end October 27, 2007.[1] Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion. The undersigned Assistant United States Attorney is in active discovery in two other Title VII cases this month. Although discovery in those cases should have been completed in September, 2007, due to unforeseen circumstances, the discovery periods were enlarged, causing depositions to be scheduled for October and November 2007. In light of counsel for Defendant's conflicting discovery obligations, and similar conflicts faced by counsel for Plaintiff, the parties were unable to identify dates in

---

[1] October 27, 2007 was a Saturday, making today, October 29, 2007, the first business day after the scheduled close of discovery.

October on which the relevant witnesses could be deposed.  Accordingly, an enlargement of the discovery period would serve both parties' interests, and permit the parties to obtain full discovery.

Granting this enlargement should cause no prejudice.  This is Defendant's first request for the enlargement of any deadline.  A proposed order is submitted herewith.


Dated: October 29, 2007                     Respectfully submitted,


                                            /s/
                                            JEFFREY A. TAYLOR, D.C. BAR #498610
                                            United States Attorney

                                            /s/
                                            RUDOLPH CONTRERAS, D.C. BAR #434122
                                            Assistant United States Attorney

                                            /s/     Robin M. Meriweather
                                            ROBIN M. MERIWEATHER, D.C. Bar # 490114
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            555 4th St., N.W.
                                            Washington, D.C. 20530
                                            (202) 514-7198
                                            Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 29th day of October, 2007, I caused a copy of the foregoing to be served upon all parties of record by the Court's Electronic Case Filing system.

      /s/   Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WESLEY M. JARMON, Jr.,** )<br>)<br>  **Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**KEVIN J. MARTIN, Chairman,** )<br>**Federal Communications Commission,** )<br>)<br>  **<u>Defendant.</u>** )<br>_____ ) | **Civil Action No. 06-1852 (EGS)**<br>**Status Conference: December 20, 2007** |

### ORDER

Upon consideration of Defendant's Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that the fact discovery shall be completed by November 30, 2007.

SO ORDERED.

_____
United States District Judge