UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, Jr., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KEVIN J. MARTIN, Chairman, )<br>Federal Communications Commission, )<br>)<br>**Defendant.** )<br>) | Civil Action No. 06-1852 (EGS)<br>Status Conference: December 20, 2007 |

**CONSENT MOTION TO ENLARGE THE DISCOVERY PERIOD**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Kevin J. Martin, through undersigned counsel, respectfully moves the Court for a 60-day extension of the fact discovery deadline, making the new fact discovery deadline January 30, 2008. Discovery currently is scheduled to end November 30, 2007. Pursuant to Local Rule 7(m), the undersigned conferred with counsel for Plaintiff to obtain Plaintiff's position on this motion, and Plaintiff consents to the enlargement.

There is good cause to grant this motion. The parties have made a good faith effort to complete discovery in advance of the current deadlines. However, due to conflicts in the witnesses' and counsel's schedules, the parties have been unable to identify dates in November on which the relevant witnesses will be available for depositions. Counsel have discussed proposed dates for conducting those depositions, and believe that two of the witnesses can be deposed in December, and that the remaining depositions can be completed in January, 2008. In addition, both parties need additional time to complete their responses to the written discovery that has been propounded upon them. Accordingly, an enlargement of the discovery period

would serve both parties' interests, and permit the parties to obtain full discovery.

Granting this enlargement should cause no prejudice. This is Defendant's second request for the enlargement of the discovery period. A proposed order is submitted herewith.

Dated: November 30, 2007                    Respectfully submitted,

                                                  /s/
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

                                                  /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

                                         /s/      Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

**Certificate of Service**

I hereby certify that on this 30th day of November, 2007, I caused a copy of the foregoing to be served upon all parties of record by the Court's Electronic Case Filing system.

      /s/   Robin M. Meriweather
Robin M. Meriweather
D.C. Bar # 490114

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

**WESLEY M. JARMON, Jr.,**           )
                                     )
    **Plaintiff,**                    )
                                     )
v.                                   )   Civil Action No. 06-1852 (EGS)
                                     )   Status Conference: December 20, 2007
                                     )
**KEVIN J. MARTIN, Chairman,**       )
**Federal Communications Commission,** )
                                     )
    **Defendant.**                    )
_____ )

## ORDER

Upon consideration of Defendant's Motion to Enlarge Discovery Period it is, this

_____ day of _____, 2007,

ORDERED that Defendant's Motion to Enlarge Discovery Period be, and hereby is, GRANTED;

it is further ORDERED that the fact discovery shall be completed by January 30, 2008.

SO ORDERED.

_____

United States District Judge