IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, JR.,                )                    | |
|                                                                      )| |
|             Plaintiff,                             )| |
|                                                                      )| |
|             v.                                       )   Civil Action No. 06-1852 (EGS)| |
| KEVIN J. MARTIN, Chairman,         )| |
| Federal Communications Commission, )| |
|                                                                      )| |
|             Defendant.                         )| |
| _____)| |

**CONSENT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY**

COMES NOW Plaintiff Wesley M. Jarmon, Jr. and Kevin J. Martin, Chairman, Federal Communications Commission, by and through the undersigned counsel, and hereby move for an extension of time to complete discovery in this matter.

Discovery is set to be complete in this matter by February 29, 2008. To date, the parties have served and responded to written discovery requests. Plaintiff has taken the deposition of fact witnesses, Trent Harkrader and William Davenport, employees of the Federal Communications Commission. Plaintiff noticed the deposition of FCC employee, Hillary DeNigro, for January 24, 2008. Ms. DeNigro unexpectedly went into labor and was therefore unable to be deposed, as per Plaintiff's deposition notice. Currently, Ms. DeNigro is on medical/maternity leave and unavailable for deposing. To accommodate the deposition of Ms. DeNigro, as well as remaining witnesses, including former FCC employees, Hugh Boyle and Eric Bash, the parties hereby request an extension of time until April 30, 2008 to complete discovery in this matter. The parties further require this additional time so as to accommodate the mutual litigation schedules of the undersigned counsel.

**WHEREFORE**, the parties request an extension of time until April 30, 2008 to complete discovery in this matter.

Respectfully submitted,

/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005

498610

    /s/
JEFFREY A. TAYLOR, D.C. BAR #
United States Attorney

    /s/
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

    /s/  Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, JR.,                )<br>                                                           )<br>              Plaintiff,                        )<br>                                                           )<br>      v.                                              )      Civil Action No. 06-1852 (EGS)<br>KEVIN J. MARTIN, Chairman,         )<br>Federal Communications Commission, )<br>                                                           )<br>              Defendant.                    )<br>_____)  | |

## ORDER

THIS MATTER having come before the Court on the parties' Consent Motion for Extension of Time to Complete Discovery and the Court being duly advised in its premises, it is hereby

ORDERED that the parties' Consent Motion is GRANTED; and, it is further

ORDERED that discovery in this matter shall be completed by April 30, 2008.

SO ORDERED this _____day of February 2008.

_____
MAGISTRATE JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
Robin M. Meriweather

3