UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, Jr., )<br>)<br>　Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KEVIN J. MARTIN, Chairman, )<br>Federal Communications Commission, )<br>)<br>　**Defendant.** ) | Civil Action No. 06-1852 (EGS)<br>Status Conference: May 9, 2008 |

**JOINT MOTION FOR LEAVE TO CONDUCT DEPOSITIONS OUTSIDE THE DISCOVERY PERIOD OR IN THE ALTERNATIVE FOR LIMITED ENLARGEMENT OF THE DISCOVERY PERIOD**

The parties, through undersigned counsel, respectfully request leave to conduct depositions outside the discovery period. In the alternative, the parties request that the Court extend the discovery period by fourteen days for the limited purpose of completing depositions. Discovery ended April 30, 2008.

There is good cause to grant this motion. The parties have made a good faith effort to complete discovery in advance of the current deadlines, and have conducted some depositions. However, due to conflicts in the witnesses' and counsel's schedules and the need to reschedule some of the depositions, the parties have been unable to complete depositions within the discovery period. There are three witnesses who have not yet been deposed — Plaintiff and two former agency employees who were involved in the selection process. The parties have discussed dates for those depositions, and intend to conduct them during the week of May 5, 2008. Permitting the parties to conduct those depositions after the close of fact discovery would serve both parties' interests, and permit them to obtain full discovery.

In the alternative, the parties request that the Court extend the discovery period for fourteen days, up to and including May 14, 2008, for the limited purpose of deposing Plaintiff and the two former agency employees referenced above. This limited enlargement would permit the parties to notice those depositions for dates within the discovery period.

Granting this motion should cause no prejudice. This motion may affect the scheduling of the May 9, 2008 status conference, if the Court prefers to hold that conference after all depositions are complete. However, the parties currently intend to complete the depositions by May 9, 2008, and have conducted sufficient discovery at this time to participate in that conference. A proposed order is submitted herewith.

Dated: May 1, 2008                                    Respectfully submitted,


                                                      /s/ by RMM
                                                      DONALD M. TEMPLE, DC BAR #408749
                                                      CEARA FLAKE

                                                      DONALD M. TEMPLE, P.C.
                                                      1229 15th Street, NW
                                                      Washington, DC 20005
                                                      (202) 628-1101 Fax: (202)628-1149
                                                      *Counsel for Plaintiff*


                                                      /s/

                                                      JEFFREY A. TAYLOR, D.C. BAR #498610
                                                      United States Attorney


                                                      /s/

                                                      RUDOLPH CONTRERAS, D.C. BAR #434122
                                                      Assistant United States Attorney

   /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
United States Attorney's Office
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7198
Robin.Meriweather2@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**WESLEY M. JARMON, Jr.,**             )
                                       )
  **Plaintiff,**                       )
                                       )
  v.                                   )   Civil Action No. 06-1852 (EGS)
                                       )   Status Conference: May 9, 2008
**KEVIN J. MARTIN, Chairman,**         )
**Federal Communications Commission,** )
                                       )
  **Defendant.**                       )
_____)

**ORDER**

Upon consideration of the parties' Joint Motion for Leave to Conduct Depositions Outside the Discovery Period or In the Alternative to Enlarge Discovery Period it is, this

_____ day of _____, 2008,

ORDERED that the parties' Joint Motion be, and hereby is, GRANTED;

it is further ORDERED that

_____   The parties may conduct depositions of the Plaintiff and the two selecting officials who have not yet been deposed after the close of discovery.

_____   Discovery shall be extended by fourteen days, up to and including May 14, 2008, for the limited purpose of completing depositions.

SO ORDERED.

                                       _____
                                       United States District Judge