UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1852 (EGS) |
| ) | Status Conference: May 15, 2008 |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CONSENT MOTION FOR CONTINUANCE OF
THE STATUS CONFERENCE**

Defendant, through undersigned counsel, hereby seeks a continuance of the status conference currently calendared for May 15, 2008 at 11:15 a.m. In accordance with Local Civil Rule 7(m), counsel for Defendant contacted counsel for Plaintiff to seek Plaintiff's position on this motion. Plaintiff's counsel indicated that Plaintiff consents to the requested continuance.

Defendant seeks a continuance due to a scheduling conflict. Specifically, the undersigned Assistant United States Attorney will be out of the country May 15, 2008 through May 23, 2008. The undersigned is unable to reschedule that foreign travel, so as to be present for the hearing, due to the non-refundable nature of the booking. In addition, the undersigned will be in Chicago, Illinois for depositions May 28-31, 2008. Accordingly, Defendant requests that the status conference be rescheduled.

A continuance would also permit the parties to complete depositions in advance of the status conference. Depositions of several witnesses, and of the Plaintiff, have been conducted. However, Plaintiff has not yet deposed Plaintiff's supervisor, Hugh Boyle — a former agency employee who is now retired. The parties anticipated that Mr. Boyle would be deposed on May

5, 2008. However, Mr. Boyle was not available on that date, and the parties have been attempting to contact him to reschedule that deposition. The parties now anticipate that Mr. Boyle's deposition will be held between June 3 and June 10, 2008. Defendant believes that Plaintiff will notice that deposition for the first available date that is convenient for all parties.

In light of the foregoing circumstances, Defendant respectfully requests that the Court continue the status conference. In the event that the Court prefers to hold the conference after all depositions have been completed, Defendant proposes that the status conference be set for a date on or after June 10, 2008 that is convenient for the Court. If the Court prefers to hold the conference in advance of the Boyle deposition, Defendant proposes that the status conference be set for a date on or after June 4, 2008.

Defendant intended to file this continuance motion several days in advance of the hearing date, and regrets any inconvenience to the Court. However, the uncertain status of the Boyle deposition has made it difficult to propose alternate dates for the hearing. A proposed order is submitted herewith.

Dated: May 14, 2008                               Respectfully submitted,


                                                   /s/ by RMM
                                                  JEFFREY A. TAYLOR, D.C. Bar # 498610
                                                  United States Attorney

                                                   /s/ by RMM
                                                  RUDOLPH CONTRERAS, DC BAR #434122
                                                  Assistant United States Attorney

       /s/ Robin M. Meriweather
ROBIN M. MERIWEATHER, D.C. Bar # 490114
Assistant United States Attorney
555 4th Street, N.W.
Washington, DC 20530
(202) 514-7198
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **WESLEY M. JARMON, Jr.,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>)<br>**KEVIN J. MARTIN, Chairman,** )<br>**Federal Communications Commission,** )<br>)<br>    **Defendant.** )<br>_____ ) | Civil Action No. 06-1852 (EGS)<br>Status Conference: May 15, 2008 |

## ORDER

Upon consideration of Defendant's motion for a continuance of the status conference, it is this _____ day of _____, 2008,

ORDERED that Defendant's motion be and hereby is GRANTED;

it is further ORDERED that the status hearing shall be held on _____ 2008, at _____.

SO ORDERED.

_____
United States District Judge