## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KEVIN J. MARTIN, Chariman, )<br>Federal Communications Commission, )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil Action No. 06-1852 (EGS)<br><br>Next Event:   Status Hearing<br>                       June 13, 2008 |

**<u>Line</u>**

Clerk of the Court:

    Please enter the appearance of Ceara N. Flake, Esq. as co-counsel for the plaintiff in the above captioned case.

Dated: June 13, 2008

                                                         Respectfully submitted,

                                                 _____/s/_____
                                                 Donald M. Temple, Esq. (#408749)
                                                 1229 15th Street, NW
                                                 Washington, DC 20005
                                                 (202) 628-1101 Phone
                                                 (202) 628-1149 Fax
                                                 templelaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON,               ) | |
| ) | |
|     Plaintiff,               ) | |
| ) | |
|   vi.               ) | Civil Action No. 06-1852 (EGS) |
| ) | |
| KEVIN J. MARTIN, Chariman,               ) | Next Event:   Status Hearing |
| Federal Communications Commission,               ) | June 13, 2008 |
| ) | |
|     Defendants.               ) | |
| ) | |
| _____) | |

## POINTS AND AUTHORITIES

1. U.S. District Court Rules.
2. The record herein.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq. (#408749)
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101 Phone
(202) 628-1149 Fax
templelaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON,             )<br>                                                      )<br>         Plaintiff,                         )<br>                                                      )<br>     iii.                                        )<br>                                                      )<br>KEVIN J. MARTIN, Chariman,    )<br>Federal Communications Commission, )<br>                                                      )<br>         Defendants.                    )<br>                                                      )<br>_____) | Civil Action No. 06-1852 (EGS)<br><br>Next Event:   Status Hearing<br>                       June 13, 2008 |

## ORDER

UPON CONSIDERATION of counsel's request to admit Ceara N. Flake *Pro Hac Vice*, it is hereby

ORDERED that Ceara N. Flake be and is admitted as co-counsel for the plaintiff; and, it is further

ORDERED that Ceara N. Flake be and is authorized to appear in Court without the presence of local counsel Donald M. Temple.

SO ORDERED this _____day of _____ 2008.

_____
JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
Robin M. Meriweather

Case 1:06-cv-01852-EGS    Document 22    Filed 06/13/2008    Page 4 of 4