**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY M. JARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1852 (EGS) |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## MOTION TO ADMIT CEARA N. FLAKE *PRO HAC VICE*

COMES NOW Donald M. Temple, a member in good standing of the Bar of the District of Columbia and the U.S. District Court for the District of Columbia, and respectfully requests that Ceara N. Flake, Esq. be admitted *pro hac vice* for the purpose of acting as co-counsel on behalf of the plaintiff in this matter. In further support of this request, I submit the following:

1. I am a member in good standing of the Bar of the District of Columbia and the U.S. District Court for the District of Columbia (admitted March, 1987), and my business address is 1229 15th Street, NW, Washington, DC 20005.

2. Ms. Ceara N. Flake is a colleague of mine, and she is a member in good standing of the Bar of the State of Tennessee (TN Bar No. 025916), the Bar of the U. S. Virgin Islands and the U.S. District Court of the U.S. Virgin Islands (U.S.V.I. Bar No. 1028) and the District of Columbia Bar (DC Bar No. 979719).

3. I will assist Ms. Flake as needed in this matter.

Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq. (#408749)
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101 Phone
(202) 628-1149 Fax
dtemplelaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1852 (EGS) |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

### **ORDER**

UPON CONSIDERATION of counsel's request to admit Ceara N. Flake *Pro Hac Vice*, it is hereby

ORDERED that Ceara N. Flake be and is admitted as co-counsel for the plaintiff; and, it is further

ORDERED that Ceara N. Flake be and is authorized to appear in Court without the presence of local counsel Donald M. Temple.

SO ORDERED this _____ day of _____ 2008.

_____
JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
Robin M. Meriweather

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY M. JARMON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1852 (EGS) |
| | ) |
| KEVIN J. MARTIN, Chairman, | ) |
| Federal Communications Commission, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## POINTS AND AUTHORITIES

1. U.S. District Court Rules.
2. The record herein.

                                                Respectfully submitted,

                                                _____/s/_____
                                                Donald M. Temple, Esq. (#408749)
                                                1229 15th Street, NW
                                                Washington, DC 20005
                                                (202) 628-1101 Phone
                                                (202) 628-1149 Fax
                                                templelaw@aol.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY M. JARMON, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 06-1852 (EGS) |
| | ) |
| KEVIN J. MARTIN, Chairman, | ) |
| Federal Communications Commission, | ) |
| | ) |
|        Defendant. | ) |
| | ) |
|   | ) |

**CERTIFICATE OF GOOD STANDING**

I, Donald M. Temple, hereby certify and affirm that I am a member in good standing of the Bar of the District of Columbia and the U.S. District Court for the District of Columbia.

                                    Respectfully submitted,

                                    _____/s/_____
                                    Donald M. Temple, Esq. (#408749)
                                    1229 15th Street, NW
                                    Washington, DC 20005
                                    (202) 628-1101 Phone
                                    (202) 628-1149 Fax
                                    dtemplelaw@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESLEY M. JARMON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KEVIN J. MARTIN, Chairman, ) <br> Federal Communications Commission, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | Civil Action No. 06-1852 (EGS) |

## **APPLICANT DECLARATIONS**

I, Ceara N. Flake, declare under penalty of perjury:

1. I have not applied for admission for *pro hac vice* in more than five cases in the Courts of the U.S. District Court for the District of Columbia this calendar year;

2. I am a member in good standing of the Bar of the State of Tennessee (TN Bar No. 025916) and the U.S. Virgin Islands (U.S. V.I. Bar No. 1028);

3. There are no disciplinary complaints pending against me for violation of the rules of the Courts of the U.S. Virgin Islands, Tennessee, or any other jurisdiction;

4. I have not been suspended or disbarred for disciplinary reasons from practice in any court;

5. I am associated with the Law Offices of Donald M. Temple, P.C.;

6. I have read the rules of the relevant division of the Superior Court of the District of Columbia and the District of Columbia Court of Appeals, and have complied fully with District of Columbia Court of Appeals Rule 49, and as applicable, Super. Ct. Civ. R. 101.

7. The reasons that I am applying for admission *pro hac vice* are as follows: to make appearances before this Honorable Court and to assist Donald M. Temple, Esq. for the limited purpose of litigating the above-captioned case.

8. I acknowledge the power and jurisdiction of the Courts of the District of Columbia and the U.S. District Court over my professional conduct, and agree to be bound by the District of Columbia Court of Appeals Rules for Professional Conduct in this matter, if I am admitted *pro hac vice*.

_____/s/_____
Ceara N. Flake, Esq.