**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WESLEY M. JARMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1852 (EGS) |
| ) | |
| KEVIN J. MARTIN, Chairman, ) | |
| Federal Communications Commission, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**<u>Line</u>**

Clerk of the Court:

    Please enter the appearance of Ceara N. Flake, Esq. as co-counsel for the plaintiff in the above captioned case.

    Respectfully submitted,

_____/s/_____
Donald M. Temple, Esq. (#408749)
1229 15th Street, NW
Washington, DC 20005
(202) 628-1101 Phone
(202) 628-1149 Fax
dtemplelaw@aol.com