**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESLEY M. JARMON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1852 (EGS) |
| KEVIN J. MARTIN, Chairman, | ) | |
| Federal Communications Commission, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT MOTION FOR STATUS HEARING**

COMES NOW the Parties, by and through the undersigned counsel, and hereby request that this Honorable Court enter an Order scheduling a status hearing in this matter for a date certain in August 2008.   In further support of the instant request, the Parties submit the following:

The last status hearing in this matter was set for Friday, June 13, 2008.   Due to appearance issues with Plaintiff's counsel, the Court rescheduled that status hearing without date. Since then, Plaintiff's counsel has been joined in this matter by co-counsel, per *pro hac vice* admission, and all former appearance issues have been resolved.   Accordingly and considering the need to move this matter forward expeditiously, the Parties respectfully request that the Court reschedule the status hearing in this matter for a date certain in August 2008.

The Court should be advised that the Parties have completed depositions in this matter, per the Court's Order extending discovery to accommodate the same, and the Parties believe that that this matter is suitable for mediation at this stage.

**WHEREFORE**, the Parties hereby request a status hearing in this matter for a date certain in August 2008.

Respectfully submitted,


/s/ Donald M. Temple /s/
Donald M. Temple #408749
1229 15th Street, NW
Washington, DC 20005



_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_Robin M. Meriweather _____
ROBIN M. MERIWEATHER, D.C. Bar. # 490114
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C.  20530
Phone: (202) 514-7198  Fax: (202) 514-8780
Robin.Meriweather2@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WESLEY M. JARMON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-1852 (EGS) |
| KEVIN J. MARTIN, Chairman, | ) | |
| Federal Communications Commission, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## <u>ORDER</u>

THIS MATTER having come before the Court on the Parties' Consent Motion for a Status Hearing and the Court being duly advised in its premises, it is hereby

ORDERED that the Parties' Consent Motion is GRANTED; and, it is further

ORDERED that a status hearing is set in this matter for _____.

SO ORDERED this _____day of July 2008.

_____
JUDGE OF THE DISTRICT COURT

ATTEST

_____
Clerk of the Court

Distribution List:
Donald M. Temple
Robin M. Meriweather