REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>06-1852 | DATE REFERRED:<br>7/3/08<br><br>DISPOSITION DATE: | PURPOSE:<br>mediation | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>ALAN KAY |

| PLAINTIFF(S): | DEFENDANT(S): |
|---|---|
| WESLEY JARMON | KEVIN MARTIN |

ENTRIES: